PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAJIA GHIAS<br><br>　　　　　Defendant. | Case No. 5:22-po-00055-SAB<br><br>[Citation # 7509301 A/8184]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Citation Number 7509301, which is included in Case No. 5:22-po-00055-SAB against SAJIA GHIAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2022　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Alexandre Dempsey*
　　　　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 7509301, which is included in Case No. 5:22-po-00055-SAB against SAJIA GHIAS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __May 13, 2022__

UNITED STATES MAGISTRATE JUDGE