HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SAJIA GHIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAJIA GHIAS,<br><br>Defendant. | Case No. 5:22-po-00055-SAB-1<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND SET FOR STATUS CONFERENCE; ORDER<br><br>Date:  July 5, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Mikhail Dempsey, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Sajia Ghias, that the Court may vacate the preliminary hearing currently scheduled for May 19, 2022, at 10:00 a.m. and set the matter for a status conference on July 5, 2022, at 10:00 a.m.

Ms. Ghias was charged in Citation No. 7509301 with possession of a controlled substance in violation of 21 U.S.C. § 844—a Class A misdemeanor. Ms. Ghias is charged in Citation Nos. 7509302 and 7056950 with refusal to obey a peace officer in violation of 18 U.S.C. § 2800 (incorporating California Vehicle Code 2800) and trespassing on government property in violation of 18 U.S.C. § 1382—Class B misdemeanors. Ms. Ghias made her initial appearance on the citations on May 3, 2022, at which time defense counsel requested a preliminary hearing for Citation No. 7509301. The Court set the preliminary hearing for May 19, 2022, at 10:00 a.m.

On May 13, 2022, the government moved pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss Citation No. 7509301 in the interest of justice. The Court granted the government's motion that same date. Because the remaining citations—Citation Nos. 7509302 and 7056950—are Class B misdemeanors carrying a maximum term of imprisonment of six months, Ms. Ghias is no longer entitled to a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1 (excepting petty offenses).

Accordingly, in the light of the dismissal of Citation No. 7509301, the parties agree that the Court should vacate the May 19, 2022 preliminary hearing and schedule a status conference for July 5, 2022, at 10:00 a.m. for the remaining citations.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  May 16, 2022         */s/ Alexandre Mikhail Dempsey*
ALEXANDRE MIKHAIL DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 16, 2022          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
SAJIA GHIAS

## **ORDER**

**IT IS SO ORDERED.** The Court vacates the preliminary hearing scheduled for May 19, 2022, at 10:00 a.m. The Court schedules a status conference regarding Citation Nos. 7509302 and 7056950 for July 5, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __May 16, 2022__

UNITED STATES MAGISTRATE JUDGE